IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FOREMOST INSURANCE COMPANY, GRAND RAPIDS, MICHIGAN,<br><br>               Plaintiff,<br><br>vs.<br><br>GINO D. ULMER and BRIANNE MCKITTRICK,<br><br>               Defendants. | CV 20-9-BLG-TJC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' Stipulation for Dismissal With Prejudice (Doc. 16), and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that any remaining deadlines are VACATED, and all pending motions are denied as MOOT.

DATED this 28th day of December, 2020.

                                                                            TIMOTHY J. CAVAN
                                                                            United States Magistrate Judge